IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RACHEL G.,                                             Case No. 2:25-cv-01337-SB

          Plaintiff,                                   **ORDER**

      v.

COMMISSIONER SOCIAL SECURITY
ADMINSITRATION,

          Defendant.

---

**BECKERMAN, U.S. Magistrate Judge.**

The Court hereby GRANTS Plaintiff Rachel G.'s ("Plaintiff") unopposed amended

application (ECF No. 17) for $5,608.58 in attorney's fees under the Equal Access to Justice Act

("EAJA"), 28 U.S.C. § 2412(d), and denies as moot Plaintiff's original application (ECF No.

15). Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596-98 (2010), district courts' EAJA fee awards

belong to the social security claimant and are subject to offset under the Treasury Offset

Program. Consequently, this Court's EAJA fee award belongs to Plaintiff but is subject to offset.

Plaintiff assigned to her attorney the right to any court-awarded EAJA fees. Thus, if

Plaintiff does not owe debt that is subject to offset, the Court's EAJA fee award shall be made

PAGE 1 – ORDER

payable and mailed to Plaintiff's attorney: Chad Hatfield, HATFIELD LAW, PLLC, 8131 West

Klamath Court, Suite D, Kennewick, Washington 99336.

**IT IS SO ORDERED.**

DATED this 21st day of July, 2026.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 2 – ORDER